PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Amy Rogers      Docket No. 1:12CR0048-13

***AMENDED***
**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda Cano, pretrial services officer, presenting an official report upon the conduct of defendant Amy Rogers, who was placed under pretrial release supervision by the U.S. Magistrate Judge Susan Hightower, sitting in the court at Austin, Texas on the 8th date of April, 2021 under the following conditions:

(7)(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(7)(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

As a result of the submission of the original Petition for Action on June 24, 2021, the Court issued a warrant for the arrest of the defendant. On July 1, 2021, DEA agents located the defendant at 7318 McNeil Drive, in Austin, Texas. The defendant was the driver of a Uhaul truck. She claimed possession of multiple bags in the vehicle. In one bag, agents located and seized 1.5 grams of ecstasy, 3 grams of a yellowish powdery substance identified as DMT, and approximately 20 grams of methamphetamine. In separate bag, agents located and seized a urinalysis (UA) defeating device. Also present at the scene was Joseph Travis Hooge, who was identified as the defendant's boyfriend and is a convicted felon. Agents located and seized a Bersa 9mm semi automatic pistol and approximately 8 grams of methamphetamine from Hooge's person. Hooge was arrested and charged with Felon in Possession of a Firearm and Possession of a Controlled Substance. The defendant was arrested pursuant to the Court's warrant. No new charges have been filed against the defendant as of the submission of this report.

AUSA Dan Guess has been advised of the new violations and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER will let the original warrant stand and the defendant be brought before the Court to show cause as to why her bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/14/2021

*L Cano*

U.S. Pretrial Services Officer     Phone Number     +1 (512) 949-7155

*Amanda R. Ceballos*

Supervisory
U.S. Pretrial Services Officer     Phone Number     +1 (210) 818-7861

Place     U.S. Pretrial Services Office
501 W. 5th Street, Ste. 3200
Austin, Texas 78748

## ORDER OF COURT

Considered and ordered this  14th  day of  July , 2021  and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge